NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENERAL ACCESS SOLUTIONS, LTD.,**
*Appellant*

**v.**

**UNIFIED PATENTS, LLC,**
*Appellee*

---

2019-1565

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01178.

---

## JUDGMENT

---

DANIEL TAYLOR, Bartlit Beck LLP, Denver, CO, argued for appellant. Also represented by GLEN E. SUMMERS, JOHN HUGHES, NOSSON KNOBLOCH; ANTHONY DOWELL, McCaulley Dowell LLP, Chicago, IL.

BRITTANY BLUEITT AMADI, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC, argued for appellee. Also represented by DAVID LANGDON CAVANAUGH, GREGORY H. LANTIER, DANIEL V. WILLIAMS; ASHRAF FAWZY,

JONATHAN RUDOLPH KOMINEK STROUD, Unified Patents, LLC, Washington, DC.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 15, 2020          /s/ Peter R. Marksteiner
    Date                  Peter R. Marksteiner
                          Clerk of Court